UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES WRIGHT, JR., STEPHANIE
HERNDON, JOHN WRIGHT,

        Plaintiffs,

v.                                         Case No.  5:09-cv-66-Oc-10GRJ

EAGLE EXTERMINATING COMPANY,

        Defendant.
_____

## ORDER

Pending before the Court is Defendant's Motion To Compel Discovery. (Doc. 10.) Defendant requests the Court to enter an order directing Plaintiffs, James Wright, Jr. and Stephanie Herndon to respond to Defendant's First Request for Production of Documents and Defendant's First Set of Interrogatories.

On September 1, 2009 Defendant served Plaintiffs with Defendant's interrogatories and requests for production of documents. Although responses were due by October 5, 2009 Plaintiffs James Wright, Jr. and Stephanie Herndon have failed to serve any responses. Counsel for Defendant represents that he has conferred with counsel for Plaintiffs as required by Local Rule 3.01(g) in an effort to obtain responses to the discovery requests. Counsel was advised that the "lack of any responses to the discovery requests were due to unresponsiveness on the part of the clients."

Accordingly, upon due consideration, Defendant's Motion To Compel Discovery is due to be **GRANTED**. Plaintiffs James Wright, Jr. and Stephanie Herndon are directed to serve full and complete responses to Defendant's First Set of Interrogatories

and provide all documents responsive to Defendant's First Request for Production of Documents within **ten (10) days** of the date of this Order.

With regard to Defendant's request for reasonable expenses, including attorney's fees, incurred in bringing this motion, the Plaintiffs shall file a response within **ten (10) days** of the date of this order showing cause why the Court should not award Defendant reasonable attorney's fees for bringing this motion. The Court will then determine whether it should award Defendant reasonable attorney's fees and, if so, will then direct the Defendant to file an affidavit attesting to the amount of attorney's fees incurred in bringing this motion.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on October 27, 2009.

*/s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

Copies to:
All Counsel